# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:21-CV-00026-KDB-DSC

| | |
|---|---|
| **DFA DAIRY BRANDS, LLC,** | |
| Plaintiff, | |
| v. | **ORDER** |
| **PRIMUS BUILDERS, INC. et. al.,** | |
| Defendants. | |

**THIS MATTER** is before the Court on "Motion[s] for Admission Pro Hac Vice and Affidavits[s] [for John Kavanagh and Benjamin E. Nicholson, V]" (document #63-64) filed March 30, 2022. For the reasons stated therein, the Motions are granted.

The Clerk is directed to send copies of this Order to the parties' counsel and to the Honorable Kenneth D. Bell.

**SO ORDERED**.

Signed: March 30, 2022

David S. Cayer
United States Magistrate Judge